UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CECIL STERLING, | ) | CASE NO. CV 12-913 AGR |
|                  Plaintiff, | ) ) | JUDGMENT |
|      vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|                  Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 15, 2013

                                            ALICIA G. ROSENBERG
                                            United States Magistrate Judge